JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE HUTCHISON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL FINANCIAL GROUP, INC., a Delaware corporation, Jesse Aguilar, an individual, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-05847-AB (ASx)<br><br>(Honorable Audre Birotte Jr.)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom: 7B<br><br>Complaint Filed: April 4, 2020<br>Discovery Cut-off: Not Set<br>Motion Cut-off: Not Set |

Pursuant to the stipulation of the parties, the action is dismissed in its entirety with prejudice. Parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Date: September 25, 2020

_____
The Honorable Audre Birotte Jr. United States District Court Judge

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1030471\306615517.v1